UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

Raymond Najor                                    Chapter 7
                                                 Case No. 10-58212-WES
                         Debtor.                 Hon. Walter E. Shapero
_____/

**NOTICE OF UNCLAIMED DIVIDENDS**

To the Clerk of the Court:

        The attached check in the amount of $1.65, which represents unclaimed dividends in this

estate and is paid to the Court pursuant to 11 U.S.C. .347.  The name and address of the party

entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 1 | NCO Portfolio Management c/o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 1.65 |

                                        **TOTAL:          $ 1.65**

Dated:    3/28/2011                      /s/ Frederick J. Dery
                                         Frederick J. Dery, Trustee
                                         803 W. Big Beaver
                                         Suite 353
                                         Troy, MI 48084
                                         fdery@fredjdery.com